UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN JONES, <br><br> Plaintiff, <br><br> v. <br><br> SGT. BOONE, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:21-CV-01977 <br><br> (MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 17th day of March, 2023, for the reasons contained in the Memorandum Opinion filed concurrently with this Order, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgement is **GRANTED**. (Doc. 16).
2. Jones' motion for summary judgment is **DENIED**. (Doc. 22).

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**